JACKSON, ex. dem. T. M. Wood, vs. STILES, Johnson tenant.

MOTION to stay proceedings in ejectment. On the 14th October last, a declaration in ejectment was served on the tenant for the recovery of the possession of certain lands. On the 17th November, the tenant called on the lessor of the plaintiff to ascertain the precise premises claimed by him, and on learning the same, offered to surrender the possession of the premises, to pay the costs of the suit, and to pay the mesne profits to which the lessor of the plaintiff was entitled; and if they could not agree as to the amount of the mesne profits, the defendant offered to enter into a stipulation by which the lessor of the plaintiff should be in the same condition in regard to his claim for the mesne profits as if a judgment had been rendered against the casual ejector in the ejectment suit. The lessor of the plaintiff claimed as mesne profits three dollars per acre yearly for the time that the defendant had been in possession of the premises; and on the tenant saying that such claim was unreasonable, he answered that he meant to charge more than the possession was worth, and that he would not settle with the tenant unless he complied with his terms. On this state of facts, the tenant applied for a stay of proceedings on such terms as the court should think proper to order. The plaintiff had proceeded in the suit, and entered judgment against the casual ejector.

*In ejectment, where the tenant after suit brought offers to surrender the premises, to pay the costs, and to enter into a stipulation as to mesne profits, giving the plaintiff the same rights as if judgment was entered against the casual ejector, the court will stay proceedings.*

*J. Fleming, jun.* for the motion.

*C. A. Baker*, contra.

*By the Court,* SUTHERLAND, J. The conduct of the plaintiff is oppressive, and the defendant has offered to do all that could be required of him. A tender of amends cannot be pleaded in this action; the court therefore order that all proceedings on the part of the plaintiff be stayed for thirty days; that he procure the costs in the suit which accrued previous to the 17th November last to be regularly taxed and demand-

ed of the tenant; and if such costs be paid within 20 days after demand, and the possession of the premises in question quietly surrendered to the lessor upon demand made, then all further proceedings in this cause to be perpetually stayed. The court further ordered that the lessor of the plaintiff pay the costs of this application. The judgment was permitted to stand, to enable the plaintiff to avail himself of it in support of his action for mesne profits.